UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM AHMAD, | No. 2:12-cv-0753-TLN-EFB |
| Plaintiff, | |
| v. | ORDER |
| FAROOQ HAMID, | |
| Defendant. | |

This case, in which plaintiff is proceeding *in propria persona*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On October 11, 2013, attorney Russell S. Humphrey filed a motion to be substituted in as attorney of record for plaintiff. The court will grant the motion to substitute attorney Russell Humphrey as attorney of record.

Because plaintiff is now represented by counsel, the referral to the magistrate judge will be withdrawn and the case will be referred back to the district judge. The undersigned will, however, continue to perform the usual discovery tasks associated with ordinary civil cases.

Accordingly, it is hereby ORDERED that:

1. The motion for substitution of counsel filed October 11, 2013, ECF No. 33, is granted; and

/////

1

1    2. The referral of this case to the magistrate judge is withdrawn and the case is referred back to the district judge.

DATED: October 17, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE